**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. _____**

CATRINA CALVERT,

      Plaintiff,

vs.

RMG PRODUCTIONS, INC.,

      Defendant.

_____/

**<u>NOTICE OF REMOVAL</u>**

      Defendant RMG PRODUCTIONS, INC. ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida, Miami Division.  The removal of this action is based upon the following:

      1.     On or about February 11, 2019, Plaintiff filed a civil action in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, entitled *Catrina Calvert v. RMG Productions, Inc.*, Case No. 2019-004493-CA-01 ("Circuit Court Action").

      2.     On May 13, 2019, the Complaint and Summons were served upon Defendant. True and correct copies of all processes, pleadings, and orders served upon Defendant are attached as Exhibit A ("State Court File").

3.      Thus, this Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), within thirty (30) days from the date on which Defendant received notice of the Circuit Court Action.

4.      Plaintiff's Complaint contains a total of two Counts against Defendant, all stemming from her employment with Defendant and all pursuant to the Fair Labor Standards Act ("FLSA").  *See* State Court File.

5.      In Count I, Plaintiff alleges Defendant failed to properly pay Plaintiff pursuant to FLSA.  *See id.*  In Count II, Plaintiff alleges he was terminated in retaliatory fashion in violation of the FLSA.  *See id.*

6.      This action is within the original federal question jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted claims under the FLSA in Count I and Count II of the Complaint.

7.      The District and Division embracing the place where this action is presently pending is the United States District Court for the Southern District of Florida, Miami Division. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

8.      Pursuant to 28 U.S.C. § 1446(d), Defendant provided written notice of the removal to the Plaintiff in this action.  Defendant has also contemporaneously filed a copy of this Notice of Removal in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.  A copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

*      *      *      *

WHEREFORE, Defendant respectfully requests that this action now pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, be removed to this Court.

Dated this 12th day of June 2019.

Respectfully submitted,

GUNSTER
600 Brickell Avenue, Suite 3500
Miami, FL  33131
Telephone:   (305) 376-6000
Facsimile:    (305) 376-6010

By:   /s/ Jorge Zamora, Jr.
      Jorge Zamora, Jr.
      Florida Bar No.  0094713
      jzamora@gunster.com
      jparga@gunster.com
      eservice@gunster.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 12th day of June 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>**SERVICE LIST**</u>

Rainier Regueiro, Esq.
Florida Bar No. 115578
<u>rregueiro@rgpattorneys.com</u>
Remer & Georges-Pierre, PLLC
COMEAU BUILDING
319 Clematis Street, Suite 606
West Palm Beach, FL 33401
Telephone:  561-225-1970
Facsimile:  305-416-5005

*/s/ Jorge Zamora, Jr.*
Jorge Zamora, Jr.

MIA_ACTIVE 5038743.1